EFFRENY MARTINEZ et al., Respondents, v ALUBON, LTD., et al., Appellants.

Submitted March 17, 2014; decided May 6, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.